IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| KILSEY SHEARRILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.    13-859-SCW |
| ) | |
| MICHAEL P. ATTCHISON, MAJOR ) | |
| HASSEMEYER, RICHARD HARRINGTON, ) | |
| LORI OAKLEY AND BARBARA J. MUELLER, ) | |
| Defendant(s), ) | |

## JUDGMENT IN A CIVIL CASE

Defendants Michael P. Atchison and Richard Harrington were dismissed without prejudice and Lori Oakley and Barbara J. Mueller were dismissed with prejudice on October 15, 2013 by an Order entered by Chief Judge Michael J. Reagan (Doc. 3).

**THEREFORE, IS ORDERED AND ADJUDGED** Judgment is entered in favor of Defendants LORI OAKLEY and BARBARA J. MUELLER and against Plaintiff KILSEY SHEARRILL.

**IT IS FURTHER ORDERED AND ADJUDGED** that pursuant an Order entered by United States Magistrate Judge Stephen C. Williams on December 14, 2016 (Doc.76) the remaining claim in the above-captioned action is **DISMISSED** with prejudice.

The Plaintiff should take notice of the fact that he has 28 days from the date of this judgment for filing a motion for new trial or motion to amend or alter judgment under Rule 59(b) or (e) of the Federal Rules of Civil Procedure.  These deadlines for motions under Rule 59 cannot be extended by the Court.  The Plaintiff should also note that he has 30 days from the date of this judgment to file a notice of appeal.  This period can only be extended if excusable neglect or good cause is shown.

Dated:   February 28, 2017

**Justine Flanagan, Acting Clerk of Court**

**By: s//Angela Vehlewald**
Deputy Clerk

Approved:  *s//Stephen C. Williams*
STEPHEN C. WILLIAMS
UNITED STATES MAGISTRATE JUDGE